**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1471**

———————

DAN K. DUNN,

                              Plaintiff - Appellant,

        versus

WESTINGHOUSE SAVANNAH RIVER COMPANY,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Charles E. Simons, Jr., Senior District
Judge.  (CA-97-2213-1-6BC)

———————

Submitted:  December 30, 1999        Decided:  February 25, 2000

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard E. Miley, North Augusta, South Carolina, for Appellant.
Jonathan P. Pearson, James H. Fowles, III, ELLZEY & BROOKS, L.L.C.,
Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dan K. Dunn appeals the district court's order granting summary judgment in his former employer's favor in this employment discrimination action. We have reviewed the parties' briefs, the joint appendices, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Dunn v. Westinghouse Savannah River Co.</u>, No. CA-97-2213-1-6BC (D.S.C. Mar. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>